1 | Lindy F. Bradley, Esq., State Bar No. 207533
   |   *lbradley@bgwlawyers.com*
2 | Mellania E. Safarian, Esq., State Bar No. 313100
   |   *msafarian@bgwlawyers.com*
3 | BRADLEY, GMELICH & WELLERSTEIN LLP
   | 700 North Brand Boulevard, 10th Floor
4 | Glendale, California 91203-1202
   | Telephone:  (818) 243-5200
5 | Facsimile:  (818) 243-5266

6 | Attorneys for Defendant, SF Markets, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IDALIA LEMUS,<br><br>    Plaintiff,<br><br>vs.<br><br>SPROUTS FARMERS MARKET LLC; and DOES 1-50, Inclusive,<br><br>    Defendants. | **Case No.:**<br><br>Los Angeles Superior Court Case No.: 20STCV26481<br><br>**NOTICE OF REMOVAL**<br><br>Complaint Filed:  7/14/2020 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT Defendant, SF MARKETS, LLC (Erroneously sued and served as SPROUTS FARMERS MARKET LLC) hereby removes to this Court the state court action described below. Removal of this action is proper for the following reasons:

**I.    TIMELINESS**

    1.    Plaintiff commenced her action on or about July 14, 2020, by filing a Complaint for damages. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

    2.    Defendant, SF MARKETS, LLC is named as a defendant.

3. On May 26, 2022, SF MARKETS, LLC executed the Notice and Acknowledgment of Receipt.

4. This notice of removal is timely in that it is filed on or before thirty (30) days after service of the Complaint, and the Complaint contains notice that the case is removable within the meaning of 28 USC §§1441(b) and 1446.

## II.     BASIS FOR REMOVAL

5. This is a civil action over which this Court has original jurisdiction under Title 28 U.S.C. §1332(a)(1), and is one which may be removed to this Court by Defendant, SF Markets, LLC pursuant to the provisions of Title 28 U.S.C. §1441(b) in that the action is between citizens of different States.

6. Plaintiff's Complaint alleges that the incident occurred in the State of California. Plaintiff also resides in California. Defendant, SF Markets, LLC is a limited liability company registered in Delaware, with a principal place of business in Arizona, where its high-level officers direct, control, and coordinate the company's activities. Defendant, SF Markets, LLC, is wholly owned by Sprouts Farmers Markets, Inc., registered in Delaware, with a principal place of business in Arizona, where the corporation's high-level officers direct, control, and coordinate the corporation's activities.

7. Plaintiff has alleged damages, including pain and suffering, wage loss, hospital and medical expenses, general damages, compensatory damages, property damage, loss of earning capacity, interest at the legal rate, and attorney's fees and costs. Pursuant to Plaintiff's Counsel, Plaintiff is alleging damages of no less than $75,000.

/ / /

/ / /

/ / /

/ / /

/ / /

### III. VENUE

8. The Los Angeles County Superior Court is located within the jurisdiction of the United State District Court, Central District of California. *See* Title 28 U.S.C. §84(c)(2). This venue is proper, pursuant to Title 28 U.S.C. §1391. This Notice of Removal is therefore properly filed in this Court, pursuant to Title 28 U.S.C. §1441.

### IV. PLEADINGS AND PROCESS

9. Other than Exhibit A, there are no other pleadings on file in the State Court action. This Notice of Removal is being filed without prejudice to Defendant's objections and defenses.

10. Counsel for Defendant certifies that it will file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Los Angeles, as required by Title 28 U.S.C. §1446, and give notice of same to Plaintiff.

WHEREFORE, Defendant, SF Markets, LLC hereby removes the action now pending against it in the Superior Court of the State of California for the County of Los Angeles, to this Honorable Court, and requests that this Court retain jurisdiction for all further proceedings.

Dated: June 16, 2022          BRADLEY, GMELICH & WELLERSTEIN LLP

By: *M. Safarian*
    Lindy F. Bradley
    Mellania E. Safarian
    Attorneys for Defendant, SF Markets, LLC

# PROOF OF SERVICE

### Idalia Lemus vs. Sprouts Farmers Market, et al.
### Case No. 20STCV26481

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, CA 91203-1202.

On June 16, 2022, I served true copies of the following document(s) described as **NOTICE OF REMOVAL** on the interested parties in this action as follows:

Hesam Yazdanpanah, Esq
Law Offices of D. Hess Panah
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, CA 90212
Telephone: 310-860-9464
*Attorneys for Plaintiff Idalia Lemus*

**ONLY BY ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address bgonzales@bgwlawyers.com to the persons at the e-mail addresses listed in the Service List. This electronic service is sent to the email addresses obtained in compliance with Code of Civil Procedure sections 1010.6(2)(A)(ii) and 1010.6(e)(1) and/or our notice provided on or about March 16, 2020. During the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 16, 2022, at Glendale, California.

/s/ Brandi Gonzales
Brandi Gonzales

1
**NOTICE OF REMOVAL**