Electronically FILED by Superior Court of California, County of Los Angeles on 07/14/2020 03:11 PM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Williams,Deputy Clerk
Case 2:22-cv-04143-SVW-JC   Document 1-1   Filed 06/16/22   Page 1 of 4   Page ID #:5
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Stephen Goorvitch

Hesam Yazdanpanah, Esq. #275664
LAW OFFICES OF D. HESS PANAH
& ASSOCIATES
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212
(310) 860-9464

Attorney for Plaintiff

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

LOS ANGELES COUNTY

| | |
|---|---|
| IDALIA LEMUS, an individual<br><br>  Plaintiff,<br>vs.<br><br>SPROUTS FARMERS MARKET LLC; AND<br>DOES 1-50 INCLUSIVE<br><br>  Defendant, | CASE NO. 20STCV26481<br><br>COMPLAINT FOR DAMAGES<br>(NEGLIGENCE)<br><br>UNLIMITED CIVIL CASE<br>DEMAND EXCEEDS $25,000.00 |

COMES NOW, the plaintiff and for Cause of Action against defendants, and each of them, complains and alleges as follows:

### FIRST CAUSE OF ACTION

1. The true names and capacities, whether individual, corporate, associate, or otherwise of defendants, DOES 1 through 50, inclusive, are at this time unknown to plaintiff who therefore sues said defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein by a fictitious name is in some way negligent or responsible for the events and happenings herein referred to which proximately resulted in those injuries and damage to the plaintiff as herein alleged.

**Complaint for Damages**

1

Law Offices of D. Hess Panah & Associates
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212   (310)860-9464

2. At all times herein mentioned, defendants, DOES 20 through 30, inclusive, and each of them, were doctors, physicians, nurses, health care providers and the like who treated and cared for plaintiff herein and who were responsible in some manner for the plaintiff's injuries and damages as more fully set forth herein.

3. At all times herein mentioned, defendants, DOES 31 through 40, inclusive, and each of them, were manufacturers, suppliers and distributors of some unknown product, which was responsible in part for plaintiff's injuries and damages as more fully set forth herein.

4. At all times herein mentioned, defendants, DOES 1 through 20, and each of them, were business entities, form unknown, duly qualified to do business and lawfully doing business in the County of Los Angeles, State of California.

5. Plaintiff is informed and believes, and upon such information and belief, alleges that at all times herein mentioned, defendants, and each of them, were acting as the agents, servants, and/or employees of the other named defendants, and were within the course and scope of their employment and with the full knowledge and consent of each of the other named defendants. Each defendant subsequently ratified and condoned the conduct of each remaining defendant.

6. At all times herein mentioned, defendants, **SPROUTS FARMERS MARKET LLC; AND DOES 1-50 INCLUSIVE** and DOES 1 thru 50, and each of them, were the owners, care takers, and managers of a **building** located in Los Angeles., hereinafter referred to as the "subject location".

7. At all times herein mentioned, plaintiff, **IDALIA LEMUS**, an individual, was a patron.

8. At all times herein mentioned **Sprouts Farmers Market**, was and is in the County of **LOS ANGELES**, State of California (hereinafter

**Complaint for Damages**

Law Offices of D. Hess Panah & Associates
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212   (310)860-9464

Exhibit A
Page 5

2

referred to as "subject location").

9. On or about **July 19, 2018**, at the subject location, the defendants, and each of them, so negligently, carelessly, and recklessly owned, operated, maintained, supervised, cleaned and managed said premises, so as to cause plaintiff substantial injuries. More specifically, failing to provide safe flooring in the subject location as to create a dangerous and hazardous condition, which Defendants knew, or in the exercise of reasonable care should have known existed sufficient time prior to incident to have warned or cautioned Plaintiff and/or to have corrected and/or remedied such condition, which the defendants carelessly and negligently failed and reused to do, proximately causing those injuries and damages to Plaintiff as hereinafter described.

10. That as a direct and proximate result of the acts and omissions of the defendants, and each of them, plaintiff has received severe injuries to her body and shock and injuries to her nervous system, all of which caused Plaintiff severe pain and discomfort and plaintiff is informed and believes and based upon such information and belief alleges that Plaintiff will in the future suffer severe pain and discomfort, all to Plaintiff's general damage in a sum according to proof at the time of trial.

11. That as a direct and proximate result of the acts and omissions of the defendants, and each of them, and the injuries resulting therefrom, plaintiff has required and is informed and believes, will in the future require, the services of doctors, surgeons, physicians, nurses, hospitals, and the like-related professional services, including drugs, medicines, x-rays and medical expenses, and the exact and reasonable amount of said services and

**Complaint for Damages**

3

*Law Offices of D. Hess Panah & Associates*
*9454 Wilshire Blvd. 6th Floor*
*Beverly Hills, CA 90212   (310)860-9464*

Exhibit A
Page 6

liabilities will conform to proof at the time of trial of this action.

12. That prior to that date of the injuries to Plaintiff, Plaintiff was a able-bodied person capable of carrying on her usual occupation. That as a direct and proximate result of the acts and omissions of the defendants, and each of them, and the injuries resulting therefrom, this plaintiff has been unable to carry out her usual occupation and will thereby suffer damages by reason of loss of income; that the exact and reasonable amount of said loss of income is unknown to this plaintiff, who will ask leave of court to prove the reasonable value of said loss at the time of trial of this action.

WHEREFORE, plaintiff prays for judgement against the defendants, and each of them as follows:

1. General damages in an amount which will conform to proof at the time of trial;

2. Special damages for medical, hospital, x-rays and other incidental expenses, according to proof at the trial;

3. Cost of suit incurred herein; and

4. For such other and further relief as the Court may deem just and proper.

Dated: July 14, 2020

LAW OFFICES OF D. HESS PANAH
& ASSOCIATES

By: _____
Hesam Yazdanpanah, ESQ.
Attorney for Plaintiff

Complaint for Damages

4

Law Offices of D. Hess Panah & Associates
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212  (310)860-9464

Exhibit A
Page 7