JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IDALIA LEMUS,<br><br>    Plaintiff,<br><br>vs.<br><br>SPROUTS FARMERS MARKET LLC; and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-04143 SVW (JCx)<br><br>**ORDER GRANTING STIPULATION REGARDING REMAND TO SUPERIOR COURT**<br><br>*Assigned to Honorable District Judge: Stephen V. Wilson and Magistrate Judge: Jacqueline Chooljian*<br><br>Complaint Filed:  7/14/2020<br>Trial Date:             11/15/2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD THEREIN:**

Having read and considered the Joint Stipulation of the Parties regarding Plaintiff, IDALIA LEMUS' Damages Amounting to Less Than $75,000.00, it is hereby ordered that the action remanded from the United States District Court, Southern District, Case No.: 22-cv-04143 SVW (JCx) and remanded to the Superior Court of California, County of Los Angeles (Central District – Spring Street Courthouse), Case No.: 20STCV26481.

**IT IS SO ORDERED.**

Dated: October 4, 2022

                                                      District Judge Stephen V. Wilson
                                                      United States District Court